# Court of Appeals
# of the State of Georgia

ATLANTA,_____May 24, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0540. JONES v. DEPARTMENT OF TRANSPORTATION.**

In this condemnation action, Andrew Richard Jones is seeking consequential damages allegedly resulting to his easement rights in the condemned property. The Department of Transportation filed a motion in limine seeking to prevent Jones from introducing evidence as to certain damages he was claiming, arguing that such damages could not be recovered in a condemnation proceeding, but instead had to be sought in a separate action. The trial court agreed and entered an order granting the motion in limine. At Jones's request, the trial court certified its order for immediate review. Jones then filed an application for a discretionary appeal, which we granted. Having now reviewed the appellate record and the briefs of the parties, we have concluded that the appeal was improvidently granted. Accordingly, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____05/24/2016_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*